AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court
### Southeastern Division - District of North Dakota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

Case Number: 3:08-cr-47-03

JEFFREY THOMAS SWENSON

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jeffrey Thomas Swenson** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Probation Violation Petition ☐ Supervised Release Violation ☐ Violation Notice Petition

charging him or her with (brief description of offense):

**Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance (1 Count)**

in violation of Title **21** United States Code, Section(s) **846**

| ROBERT ANSLEY | CLERK |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/Leah Riveland-Foster | June 4, 2008, - Fargo, North Dakota |
| Signature of Issuing Officer - Leah Riveland-Foster | Date and Location |

Bail Fixed at $ **(BOND TO BE DETERMINED AT INITIAL APPEARANCE BEFORE JUDICIAL OFFICER)**     BY _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ 1107 15th Ave. North, Fargo, ND | | |
| DATE RECEIVED 6/4/08 | NAME AND TITLE OF ARRESTING OFFICER DAVID G. BEHM | SIGNATURE OF ARRESTING OFFICER D✗G.P—— |
| DATE OF ARREST 6/17/08 | | |